GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Charles H. Linehan (SBN 307439)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com

*Attorneys for Plaintiff Arlis Hampton and*
*Lead Plaintiff Movant Paul Jordan*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIS HAMPTON, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>               v.<br><br>AQUA METALS, INC., STEPHEN R. CLARKE, THOMAS MURPHY, and MARK WEINSWIG,<br><br>                                  Defendants. | Case No.: 4:17-cv-07142-HSG<br><br>**JOINT ADMINISTRATIVE MOTION FOR CONSOLIDATION OF RELATED ACTIONS**<br><br>CLASS ACTION |
| GRANT HEATH, on behalf of himself and all others similarly situated,<br><br>                                  Plaintiffs,<br><br>               vs.<br><br>AQUA METALS, INC., THOMAS MURPHY, MARK WEINSWIG, and STEPHEN R. CLARKE,<br><br>                                  Defendants. | Case No.: 4:17-cv-07196-HSG<br><br>CLASS ACTION |

*[Caption Continues on Following Page]*

LOTFY ARBAB, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

AQUA METALS, INC., THOMAS MURPHY, MARK WEINSWIG, and STEPHEN R. CLARKE,

Defendants.

Case No. 4:17-cv-07270-HSG

CLASS ACTION

Plaintiff Arlis Hampton, Plaintiff Grant Heath (4:17-cv-07196-HSG), and Plaintiff Lotfy Arbab (4:17-cv-07270-HSG), along with Lead Plaintiff Movants Paul Jordan and the Plymouth County Group, and Defendants Aqua Metals, Inc., Stephen R. Clarke, Thomas Murphy, and Mark Weinswig (collectively, the "Parties"), submit this administrative motion for consolidation of the above-captioned related actions (the "Related Actions").

Consolidation is appropriate when actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2) ("Rule 42(a)").  Rule 42(a) grants the Court "broad discretion" to consolidate cases.  *Evellard v. LendingClub Corp.*, No. 16-cv-0262, 2016 WL 9108914, at *2 (N.D. Cal. Aug. 15, 2016) (citing *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989)); *see also City of Harper Woods Emps. Ret. Sys. v. AXT, Inc.*, No. C 04- 04362-MJJ, 2005 WL 318813, at *3 (N.D. Cal. Feb. 7, 2005) (holding that consolidation "would expedite pretrial proceedings and reduce case duplication, thereby conserving judicial resources").  Accordingly, differences in defendants or the class periods do not render consolidation inappropriate if the cases present sufficiently common questions of fact and law, and the differences do not outweigh the interest of judicial economy served by consolidation.  *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1133 (C.D. Cal. 1999) (consolidating six actions asserting claims against different defendants over different class periods).  Moreover, consolidation is especially appropriate when "both plaintiffs groups have moved for consolidation, and all defendants have indicated that they favor it as well."  *Id*.[1]

In this instance, consolidation is appropriate.  As explained in the five previous motions for consolidation filed with this Court (Dkt. Nos. 9, 13, 17, 21, 23), the Related Actions involve common questions of law and fact since they assert claims under the same provisions of the Exchange Act, against the same defendants, based on the same alleged conduct, during

---

[1] The Private Securities Litigation Reform Act of 1995 (the "PSLRA") directs the Court to decide any motion to consolidate before appointing a lead plaintiff.  *See* 15 U.S. Code § 78u-4(a)(3)(B)(ii). The PSLRA provides that, "[i]f more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed," the court shall not determine the most adequate plaintiff "until after the decision on the motion to consolidate is rendered." 15 U.S.C. §78u-4(a)(3)(B)(ii).

1

overlapping class periods.   Moreover, the Parties all consent to consolidation.   As such, the Related Actions should be consolidated.  *See Takeda*, 67 F. Supp. 2d at 1133.

Accordingly, the Parties respectfully request that the Court grant this administrative motion and consolidate the Related Actions.

Dated: March 27, 2018                                       GLANCY PRONGAY & MURRAY LLP

By: */s/ Robert V. Prongay*
Robert V. Prongay
Lionel Z. Glancy
Ex Kano S. Sams II
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Arlis Hampton and Lead Plaintiff Movant Paul Jordan*

Dated: March 27, 2018                                       LEVI & KORSINSKY, LLP

By: */s/ Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorney for Plaintiff Grant Heath*

2

Dated: March 27, 2018

BERMAN TABACCO

By: */s/ Nicole Lavallee*
   Nicole Lavallee

Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
   kmoody@bermantabacco.com
   cpoppler@bermantabacco.com

Leslie R. Stern
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

Shannon L. Hopkins
LEVI & KORSINSKY
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com

*Attorneys for Lead Plaintiff Movant Plymouth County Group*

3

JOINT ADMINISTRATIVE MOTION FOR CONSOLIDATION OF RELATED ACTIONS
Case No. 4:17-cv-07196-HSG

Dated: March 27, 2018                    POMERANTZ LLP

                                         By: */s/ Jennifer Pafiti*
                                         Jennifer Pafiti
                                         Jeremy A. Lieberman
                                         J. Alexander Hood II
                                         468 North Camden Drive
                                         Beverly Hills, CA 90210
                                         Telephone: (818) 532-6499
                                         Facsimile: (212) 661-8665

                                         *Attorneys for Plaintiff Lotfy Arbab*

Dated:  March 27, 2018                   GREENBERG TRAURIG, LLP

                                         By: */s/ Michael R. Hogue*
                                         Michael R. Hogue
                                         Donald S. Davidson
                                         4 Embarcadero Center, Suite 3000
                                         San Francisco, CA 94111
                                         Telephone: (415) 655-1303
                                         Facsimile: (415)707-2010

                                         *Attorneys for Defendants Aqua Metals, Inc., Stephen R. Clarke, Thomas Murphy, and Mark Weinswig*

JOINT ADMINISTRATIVE MOTION FOR CONSOLIDATION OF RELATED ACTIONS
Case No. 4:17-cv-07196-HSG

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 28, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2018, at Los Angeles, California.


*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 4:17-cv-07196-HSG Heath v. Aqua Metals, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,smarton@faruqilaw.com,ecf@faruqilaw.com,bgiacalone@faruqilaw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com,shopkins@zlk.com,jgrohsgal@zlk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)